# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Carlos Ajualip-Gutierrez

CRIMINAL COMPLAINT
CASE: 18-26686MP
Citizenship: GUATEMALA

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about May 9, 2018, at or near Nogales, Arizona, in the District of Arizona, Carlos AJUALIP-Gutierrez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about May 13, 2018, agents found Carlos AJUALIP-Gutierrez in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Carlos AJUALIP-Gutierrez admitted to illegally entering the United States of America from Mexico on or about May 9, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 05/14/2018

at Tucson, Arizona

John OConnor, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 05/14/2018

**Lynnette C. Kimmins**
**United States Magistrate Judge**

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 05/14/2018     Case Number: 18-26686MP

USA vs. Carlos Ajualip-Gutierrez
U.S. MAGISTRATE JUDGE: LYNNETTE C. KIMMINS     Judge AO Code: 70CE
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Carlos Arvizu, Spanish
Attorney for Defendant: Jay Sagar (FPD)

PROCEEDINGS: [X] STATUS HEARING/ATTORNEY APPOINTMENT HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be Same
[X] Petty Offense     [X] Date of Arrest: 05/13/2018

OTHER: Status/Attorney Appointment Hearing held. Jay Sagar (FPD) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Governments Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice.

|  |  |
|---|---|
| Recorded by Courtsmart | Status Hrg: 1 |
| BY: Cindy Stewart | Atty Appt: 0 |
| Deputy Clerk | |
| Start: 1:33 pm Stop: 4:19 pm | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) 18-26686MP |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Carlos Ajualip-Gutierrez, | ) |
| Defendant. | ) |

The United States has orally moved to dismiss the Complaint against the defendant, Carlos Ajualip-Gutierrez. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

DATED: Monday, May 14, 2018.

*Lynnette C. Kimmins*

Lynnette C. Kimmins
United States Magistrate Judge

Arresting Agency: TCA